1
2
3
4
5
6
              UNITED STATES DISTRICT COURT
7
            WESTERN DISTRICT OF WASHINGTON
                    AT TACOMA

8
9
| | |
|---|---|
| LAURIE PYNE,<br><br>              Plaintiff,<br><br>   v.<br><br>CENTRALIA COLLEGE, a state community college; ROBERT MOHRBACHER, individually and in his official capacity as the Chief Executive Officer of Centralia College; JANE DOE MOHRBACHER, husband and wife and the marital community composed thereof; WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a Washington Agency; DAN WHITE, individually and in his official former capacity as the Superintendent of Washington Corrections Center; CHERYL STRANGE, individually and in her official capacity as the Secretary of the Department of Corrections; and JANE AND JOHN DOES,<br><br>              Defendants. | No. 3:24-CV-05954-TMC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXCEED WORD LIMITS |

This matter came before the Court on Defendants' Motion to Exceed Word Limits. The Court has reviewed the foregoing Motion and the records and pleadings already on file.

Based on the foregoing, the Defendants' Motion to Exceed Word Limits is hereby GRANTED. Defendants' Motion for Judgment on the Pleadings will be limited to 10,000 words and any Reply will be limited to 6,000 words. Any Response by Plaintiff will be limited to 10,000 words.

It is SO ORDERED.

ISSUED this 18th day of December, 2024.

Tiffany M. Cartwright
United States District Judge