HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURIE PYNE,<br><br>                Plaintiff,<br><br>v.<br><br>CENTRALIA COLLEGE, a state community college; ROBERT MOHRBACHER, individually and in his official capacity as the Chief Executive Officer of Centralia College; JANE DOE MOHRBACHER, husband and wife and the marital community composed thereof; WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a Washington Agency; DAN WHITE, individually and in his official former capacity as the Superintendent of Washington Corrections Center; CHERYL STRANGE, individually and in her official capacity as the Secretary of the Department of Corrections; and JANE AND JOHN DOES,<br><br>                Defendants. | No. 3:24-CV-05954-TMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>NOTE ON MOTION CALENDAR: MARCH 14, 2025<br><br>WITHOUT ORAL ARGUMENT |

[PROP.] ORDER GRANTING DEFS'
MOTION FOR JUDGMENT ON THE
PLEADINGS - 1
Case No. 3:24-cv-05954-TMC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

THIS MATTER came before the Court on Defendants' Motion for Judgment on the Pleadings (the "Motion"). The Court has considered the parties' briefing, the declarations and exhibits filed in support, the relevant portion of the record, and the applicable law.

It is thus hereby ORDERED that the Motion for Judgment on the Pleadings is GRANTED. Plaintiff's Complaint and the claims pleaded therein against DOC are hereby DISMISSED WITH PREJUDICE. The claims pleaded against Centralia Community College are stayed.

It is SO ORDERED.

ISSUED this _____ day of _____ 2025.

THE HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

PACIFICA LAW GROUP LLP

*s/ Ian Rogers*
Ian Rogers, WSBA #46584

*s/ Anita Khandelwal*
Anita Khandelwal, WSBA #41385

*s/ Meha Goyal*
Meha Goyal, WSBA #56058

PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
206-245-1700
Ian.Rogers@pacificalawgroup.com
Anita.Khandelwal@pacificalawgroup.com
Meha.Goyal@pacificalawgroup.com

*Attorneys for Defendants Centralia College, Robert Mohrbacher, Washington State Department of Corrections, Dan White, and Cheryl Strange*

[PROP.] ORDER GRANTING DEFS'
MOTION FOR JUDGMENT ON THE
PLEADINGS - 2
Case No. 3:24-cv-05954-TMC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750