UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURIE PYNE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRALIA COMMUNITY COLLEGE, a state community college; ROBERT MOHRBACHER, individually and in his official capacity as the Chief Executive Officer of Centralia Community College; JANE DOE MOHRBACHER, husband and wife and the marital community composed thereof; WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a Washington Agency; DAN WHITE, individually and in his official former capacity as the Superintendent of Washington Corrections Center; CHERYL STRANGE, individually and in her official capacity as the Secretary of the Department of Corrections; and JANE AND JOHN DOES,<br><br>    Defendants. | NO.: 3:24-cv-05954-TMC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |

This matter, having come on before this Court upon Plaintiff's Motion to Dismiss Without Prejudice (Dkt. 20). the Court having heard argument of counsel, having reviewed the records and files herein, including:

  1. Plaintiff's Motion to Dismiss without Prejudice;

  2. Defendants' Response to Plaintiff's Motion to Dismiss without Prejudice, if any; and

ORDER GRANTING PLAINTIFF'S MOTION TO
DISMISS WITHOUT PREJUDICE - 1
3:24-cv-05954-TMC

3. Plaintiff's Reply

and being fully advised; now hereby issues the following order.

**ORDER**

IT IS HEREBY ORDERED that

1. Plaintiff's Motion to Dismiss without Prejudice (Dkt. 20) is GRANTED; and

2. This action is DISMISSED in its entirely without prejudice and without assessment by the Court of costs or attorney's fees to either party.

DATED this 23rd day of April, 2025.

_____
Tiffany M. Cartwright
United States District Judge